Matter of Epstein (2025 NY Slip Op 06008)

Matter of Epstein

2025 NY Slip Op 06008

Decided on October 30, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 30, 2025

PM-240-25
[*1]In the Matter of Richard Brian Epstein, an Attorney. (Attorney Registration No. 2111052.)

Calendar Date:October 27, 2025

Before:Pritzker, J.P., Fisher, McShan, Powers and Mackey, JJ.

Richard Brian Epstein, Quebec, Canada, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Richard Brian Epstein was admitted to practice by this Court in 1987 and lists a business address in Quebec, Canada with the Office of Court Administration. Epstein now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Epstein's application.
Upon reading Epstein's affidavit sworn to August 28, 2025 and filed September 16, 2025, and upon reading the October 24, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Epstein is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Pritzker, J.P., Fisher, McShan, Powers and Mackey, JJ., concur.
ORDERED that Richard Brian Epstein's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Richard Brian Epstein's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Richard Brian Epstein is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Epstein is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Richard Brian Epstein shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.